IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 25-CR- |
| CHRISTOPHER KNIGHT | : | |

ORDER FOR BENCH WARRANT

AND NOW, this 27th day of May, 2025, on the motion of David Metcalf, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

*Carol S. Wells*
HONORABLE CAROL SANDRA MOORE WELLS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 25-CR- |
| CHRISTOPHER KNIGHT | : | |

## MOTION FOR BENCH WARRANT

AND NOW, this 27th day of May, 2025, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Priya DeSouza, Assistant United States Attorney, move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

DAVID METCALF
United States Attorney

/s/ Priya DeSouza
Priya DeSouza
Assistant United States Attorney